# AFFIDAVIT

1. **Affiant/Agent.** I, Kirby Fleck, am a Deportation Officer with Immigration and Customs Enforcement (ICE), assigned to the Grand Forks, North Dakota Enforcement and Removal Operations (ERO) Office. I have been employed as a Deportation Officer since November 9, 2008.

2. **Arrest and Investigation of Jesus Roberto CASTILLO-Hernandez.** On or about October 30, 2023, CASTILLO was arrested and booked into the Cass County Jail in Fargo, North Dakota for two counts of aggravated assault with a dangerous weapon and one count of terrorizing.

   On November 8, 2023, the Grand Forks ICE ERO Office in Grand Forks, North Dakota received an Alien Criminal Response Information Management System (ACRIME) record for CASTILLO. ACRIME is a computerized system used to identify and provide immigration status from various immigration and criminal records for individuals arrested or encountered by law enforcement agencies. An ACRIME record is normally generated when fingerprints are submitted through an arrest or jail booking process. The ACRIME record stated CASTILLO was born in Mexico and was previously removed from the United States. The ACRIME records further stated CASTILLO had no record of a legal re-entry into the United States.

   On November 21, 2023, Officer Fleck observed the November 8, 2023, ACRIME record and conducted a search of service records for CASTILLO. Service records and Enforce Alien Removal Module (EARM) confirmed CASTILLO was removed on three previous occasions.

   On November 21, 2023, Officer Fleck conducted a telephonic immigration inspection, in the English language, with CASTILLO, while CASTILLO was at the Cass County Jail. CASTILLO stated he was born in Mexico and is a citizen of Mexico. CASTILLO stated he is not a citizen of United States. CASTILLO stated he illegally entered the United States, without being inspected, by walking at Brownsville, Texas in 2005. CASTILLO stated he had been previously removed from the United States. CASTILLO stated he has been present in the United States at various times of his life since age two.

   On November 21, 2023, Officer Fleck placed an immigration detainer with the Cass County Jail. An I-200 immigration warrant was also sent to the Cass County Jail. CASTILLO was later transferred to the North Dakota State Prison in Bismarck, North Dakota. An I-200 and I-247 detainer was emailed to the North Dakota State Prison.

3. **Administrative Processing/ Miranda Warning / Consular Notification.** On August 13, 2025, CASTILLO completed his prison sentence and was transferred to ICE ERO custody in Grand Forks, North Dakota. On August 14, 2025, CASTILLO declined to

1

contact the Consulate of Mexico. On August 14, 2025, while at the ICE ERO Grand Forks, North Dakota Office, Officer Fleck read CASTILLO his Miranda Rights in the English language and CASTILLO was also provided a written Spanish Miranda Rights statement and waiver form. CASTILLO signed to waive his Miranda Rights on the waiver form. CASTILLO stated he is a citizen of Mexico and was previously ordered removed from the United States. CASTILLO stated he was previously removed from the United States by ICE or the United States Border Patrol. CASTILLO stated he did not apply to the Attorney General of the United States for permission to re-enter the Unites States after he was deported from the United States. CASTILLO stated he was convicted of felony crimes in North Dakota and Texas.

On August 14, 2025, CASTILLO's fingerprints were submitted through IDENT/NGI, a computerized fingerprint identification system. The NGI Response revealed CASTILLO is assigned FBI number XXXXXXCD1. The IDENT results revealed immigration records under the name Jesus Roberto CASTILLO-Hernandez and a date of birth of April 22, 1985. The IDENT results and other service records confirmed CASTILLO is assigned Alien Registration Number AXXX XXX 795. The IDENT results confirmed CASTILLO has three formal removals from the United States and three voluntary removals from the United States.

a) On January 23, 2009, CASTILLO was ordered removed to Mexico by an immigration judge at Harlingen, Texas. On January 26, 2009, CASTILLO was removed to Mexico through Brownsville, Texas Port of Entry.

b) On November 4, 2009, CASTILLO was issued and served a Notice of Intent/Decision Reinstate Prior Order. On September 3, 2010, CASTILLO was removed to Mexico through Brownsville, Texas Port of Entry.

c) On October 12, 2013, CASTILLO was issued and served a Notice of Intent/Decision Reinstate Prior Order. On November 23, 2014, CASTILLO was removed to Mexico through Brownsville, Texas Port of Entry.

On August 14, 2025, while at the ICE ERO Grand Forks, North Dakota Office, Officer Fleck served CASTILLO an I-200 administrative immigration warrant and a Notice of Intent/Decision Reinstate Prior Order. CASTILLO was detained at the Grand Forks County Correctional Center in Grand Forks, North Dakota under ICE ERO custody.

4. **Criminal Convictions**. A search of the North Dakota public register of actions and the National Crime Information Center (NCIC) reveals the following criminal convictions:

   a) CASTILLO was convicted of felony possession of controlled substance at Cameron, Texas. CASTILLO was sentenced on November 14, 2008, to ten years with 10 years suspended.

   b) CASTILLO was convicted of misdemeanor terroristic threat at Cameron, Texas.

    CASTILLO was sentenced on November 26, 2008, to four months jail.

c) CASTILLO was convicted of felony possession of a controlled substance in Brownsville, Texas. CASTILLO was sentenced on October 16, 2009, to six months.

d) CASTILLO was convicted of felony 8 USC 1326(a) and (b)(1), alien unlawfully found in the United States after deportation having previously been convicted of a felony, in United States District Court, Southern District of Texas, at Brownsville, Texas. CASTILLO was sentenced on March 15, 2010, and imprisoned for a term of ten months with the Bureau of Prison.

e) CASTILLO was convicted of felony 8 USC 1326(a) and (b)(1), alien unlawfully found in the United States after deportation having previously been convicted of a felony, in United States District Court, Southern District of Texas, at Brownsville, Texas. CASTILLO was sentenced on March 24, 2014, and imprisoned for a term of 15 months with the Bureau of Prison.

f) CASTILLO was convicted of two counts felony aggravated assault- dangerous weapon and one count felony terrorizing in the East Central Judicial District Court at Fargo, North Dakota. CASTILLO was sentenced on May 9, 2024, and imprisoned for a term of three years with the North Dakota Department of Corrections and Rehabilitation.

In my experience, the above facts constitute a violation of 8 U.S.C. § 1326 (a) and (b)(1).

The foregoing is true and correct to the best of my knowledge and belief.

_____
Kirby Fleck
Deportation Officer

Sworn before me this 18th day of August, 2025, in Grand Forks and Fargo, North Dakota, by reliable electronic means.

_____
Alice R. Senechal
United States Magistrate Judge

3